# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York

# MEMORANDUM

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 03 2018 ★

BROOKLYN OFFICE

**DATE:** November 22, 2017

**TO:** Honorable Edward R. Korman
Senior United States District Judge

**RE:** Sharon Coffee-Dean
Docket No.: 17CR00024-1

Request for Modification of Release Conditions

---

Reference is made to the above-captioned defendant, who has a pending case before Your Honor pursuant to an indictment charging Conspiracy to Defraud the United States, Conspiracy to Traffic in Means of Identification, Fraud and Related Activity in Connection with Means of Identification, Misuse of Social Security Number, and Aggravated Identity Theft, in violation of 18 U.S.C. 371, 1028(a)(8), 1028(b)(2)(A), 1028(a)(7), 1028(b)(1)(D), 1028(c)(3)(A), 408(a)(8); respectively. The defendant made an initial appearance on March 2, 2017 before Magistrate Judge Marilyn D. Go, at which time she was released on a personal recognizance bond, with the following conditions:

- Report to Pretrial Services as directed;
- Travel Restricted to New York City and Long Island;
- Surrender passport and do not re-apply;
- Subject to random home and/or employment visits by Pretrial Services.

We are writing to advise Your Honor that the defendant was administered a drug test at the time of her pre-sentence interview on November 16, 2017, which yielded a positive result for cocaine. When confronted, the defendant admits use and stated that she was with an older male friend that was using cocaine, and admits sporadic use. She advised that she did not answer honestly during the pre-sentence interview because she was afraid to admit the use.

Pretrial Services is requesting that the bond be amended to include a substance abuse evaluation, testing, and treatment condition. If Your Honor agrees with this request, attached is an Order for your convenience. Pretrial Services has advised Assistant United States Attorney Ann Cherry, along with Defense Counsel Luis Rosethal, and defense counsel does not object to this modification. Should Your Honor have any questions, this writer can be reached at (718)613-2328.

Prepared by: _____
Mallori Brady
U.S. Pretrial Services Officer

Approved by: _____
Ignace Sanon-Jules
Supervising Pretrial Services Officer

Attachment

RE: Coffee-Dean, Sharon
**Docket No.:** 17CR00024-1

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's conditions of release be modified to include substance abuse testing, evaluation, and treatment as directed by Pretrial Services.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____
  _____
  _____

SO ORDERED,

s/ ERK

_____
Honorable Edward R. Korman
Senior U.S. District Judge

1/3/2018
Date

cc: Ann Cherry, AUSA
  Luis Rosenthal, Defense Counsel
  Michelle Murphy, U.S. Probation Officer